## DANIEL AMES *versus* WILLIAM HENRY PUTHUFF

JOURNAL ENTRIES (1815–21): *Journal 2:* (1) Rule to bring body *p. 441;
(2) special bail *p. 450; (3) declaration filed, rule to plead, continued
*p. 467; (4) continued *p. 506; (5) rule to plead, continued *p. 531;
(6) rule to plead *p. 586; (7) plea filed, issue *p. 590; (8) affidavit filed,
continuance granted *p. 596; (9) jury trial, verdict, judgment *p. 678;
(10) Bail discharged, new bail furnished *p. 679; (11) motion for new
trial *p. 692; (12) motion for new trial argued *p. 722; (13) new trial
granted *p. 726; (14) motion for leave to amend declaration *p. 727.
*Journal 3:* (15) Jury trial *p. 66; (16) verdict *p. 68; (17) witness fees
ordered paid *p. 82; (18) judgment *p. 154.
PAPERS IN FILE: (1) Affidavit of Dan Ames; (2) precipe for writ; (3) capias
and return; (4) declaration; (5) precipe for subpoena; (6) subpoena;
(7) precipe for subpoena; (8) subpoena; (9) rule for taking depositions;

(10) commission to take depositions, depositions of Thomas Elliott, John McDonald and Daniel Botsford; (11) precipe for subpoena; (12) subpoena; (13) affidavit for continuance; (14) precipe for subpoena; (15) subpoena; (16) plea of not guilty; (17) affidavit for continuance; (18) letter from War Office to William Woodbridge; (19) letter from Puthuff to Hunt and Larned; (20–21) precipes for subpoenas; (22) subpoena; (23) precipe for subpoena; (24) subpoena; (25) panel of jurors; (26) verdict; (27) affidavit for new trial; (28) precipe for subpoena; (29–30) subpoenas; (31) precipe for subpoena; (32) subpoena; (33) precipe for subpoena; (34) subpoena; (35) verdict; (36) order to pay witness fees; (37) precipe for execution fi. fa.; (38) writ of fi. fa.; (39) taxed bill of costs.

*Office Docket*, MS p. 7, c. 2; p. 35, c. 6. Recorded in Book A, MS pp. 15–21.